AO 245C (SCDC Rev.9/19) Judgment in a Criminal Case Sheet 1                                    (NOTE:  Identify Changes with Asterisks (*)

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| ZACHARY N. MANLEY | Case Number: 9:22-cr-393-BHH<br>USM Number: 02597-510<br>Defendant's Attorney:  Timothy Clay Kulp |

Date of Original Judgment:  ___July 18, 2025___
(Or Date of last Amended Judgment)

**THE DEFENDANT:**

☒        pleaded guilty to count  1  of the Indictment.
☐        pleaded nolo contendere to count(s) _____which was accepted by the court.
☐        was found guilty on counts _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Please see Indictment | 4/7/2020 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐        The defendant has been found not guilty on count(s) _____.
☒        All remaining counts are dismissed on the motion of the United States.
☐        Forfeiture provision is hereby dismissed on motion of the United States Attorney.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

April 9, 2025
Date of Imposition of Judgment

s/ Bruce Howe Hendricks
Signature of Judge

Bruce Howe Hendricks, United States District Judge
Name and Title of Judge

September 11, 2025
Date

AO 245C (SCDC Rev.9/19) Judgment in a Criminal Case

Page 2 of 5

DEFENDANT: ZACHARY N. MANLEY
CASE NUMBER: 9:22-cr-00393-BHH

## PROBATION

The defendant is hereby sentenced to probation for a term of five (5) years. The fine is waived. The defendant shall pay the mandatory $100 special assessment fee and restitution in the amount of $1,301,917.31. While on probation, the defendant shall comply with the mandatory and standard conditions of supervision. The defendant shall also comply with the following special condition for the reasons set forth in the presentence report which has previously been adopted by the Court as the finding of facts for the purposes of sentencing. 1. You must be monitored on home detention with GPS location monitoring technology (or any technology approved by U.S. Probation) for a period of 2 years, and you must follow the rules and regulations of the location monitoring program below. You are restricted to your residence except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer. 2. You must satisfactorily participate in and successfully complete a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. 3. You must contribute to the cost of any substance abuse testing, treatment, location monitoring, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the Court-approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid. 4. You must pay any remaining unpaid restitution balance imposed by the Court in minimum monthly installments of $2,000 to commence 60 days following the imposition of sentence. 4. The payments must be made payable to "Clerk, U.S. District Court" and mailed to P.O. Box 835, Charleston, SC 29402. Payments shall be adjusted accordingly, based upon the defendant's ability to pay as determined by the Court. 5. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. 6. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer. 7. You must be subject to placement in the Financial Litigation Unit Wage Garnishment program for the purpose of collecting restitution, if deemed necessary by the U.S. Probation. 8. You must appear at Status conferences regularly as scheduled by the Court.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must cooperate in the collection of DNA as directed by the probation officer.
5. ☐ You must comply with the re uirements of the Se   Offender Registration and Notification Act (34 U.S.C. §20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state se   offender registration agency in the location where you reside, work, are a student, or were convicted of a  ualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program of domestic violence. *(check if applicable)*
7. ☒ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245C (SCDC Rev.9/19) Judgment in a Criminal Case  
    Sheet 3- Supervised Release                                                                                                                                  Page 3 of 5

DEFENDANT: ZACHARY N. MANLEY  
CASE NUMBER: 9:22-cr-00393-BHH

# STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic e pectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authori ed to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authori ed to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the  uestions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or e pected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation e cuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer e cuses you from doing so. If you plan to change where you work or anything about your work (such as your position or job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or e pected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or  uestioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines, based on your criminal record, personal history or characteristics, that you pose a risk to another person (including an organi ation), the probation officer, with the prior approval of the Court, may re uire you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.


Defendant's Signature _____    Date _____

AO 245C (SCDC Rev.9/19) Judgment in a Criminal Case  
Sheet 4 - Criminal Monetary Penalties                                                                                                         Page 4 of 5

DEFENDANT: ZACHARY N. MANLEY  
CASE NUMBER: 9:22-cr-00393-BHH

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment*** | **JVTA Assessment**** |
|---|---|---|---|---|---|
| **TOTALS** | 100.00 | $1,301,917.31 | $ | $ | $ |

☐ The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case(AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an appro imately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| see Payee List on the following 3 pages. | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement    $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

✻ ☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:  
    ✻ ☒ The interest requirement is waived for the ☐ fine ☒ restitution.  
       ☐ The interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.  
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.  
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT NAME:    Zachary Manley
CASE NUMBER:       9:22CR00393-001BHH

## RESTITUTION PAYEES

| No. | Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|---|
| 1 | Small Business Administration ATTN: Criminal Restitution Loan Number 6710497003 | 115,000.00 | 121,988.22 | |
| 2 | Small Business Administration ATTN: Criminal Restitution Loan Number 2733447200 | 127,500.00 | 135,075.62 | |
| 3 | Small Business Administration ATTN: Criminal Restitution Loan Number 2836297304 | 124,697.00 | 136,954.26 | |
| 4 | Small Business Administration ATTN: Criminal Restitution Loan Number 1765017309 | 60,000.00 | 63,679.29 | |
| 5 | Small Business Administration ATTN: Criminal Restitution Loan Number 9010787304 | 196,665.00 | 208,688.88 | |
| 6 | Small Business Administration ATTN: Criminal Restitution Loan Number 9958807302 | 196,700.00 | 209,089.41 | |
| 7 | Small Business Administration ATTN: Criminal Restitution Loan Number 2326858008 | 146,700.00 | 155,412.35 | |
| 8 | Small Business Administration ATTN: Criminal Restitution Loan Number 7466008408 | 84,100.00 | 88,744.19 | |
| 9 | Small Business Administration ATTN: Criminal Restitution Loan Number 3515318308 | 166,962.00 | 182,285.09 | |

*Findings for the total amount of losses are re uired under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

|  | Total | $1,218,324.00 | $1,301,917.31 |  |
|---|---|---|---|---|

*Findings for the total amount of losses are re uired under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT NAME:    Zachary Manley
CASE NUMBER:       9:22CR00393-001BHH

## RESTITUTION PAYEES

| No | Name of Payee | Complete address of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|---|---|
| 1-9 | Small Business Administration ATTN: Criminal Restitution | 721 19th Street Denver, CO 80202 | 1,218,324.00 | 1,301,917.31 | |
| | **Total** | | **$1,218,324.00** | **$1,301,917.31** | |

\*Findings for the total amount of losses are re uired under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245C (SCDC Rev.9/19) Judgment in a Criminal Case
Sheet 5 - Schedule of Payments

Page 5 of 5

DEFENDANT:  ZACHARY N. MANLEY
CASE NUMBER: 9:22-cr-00393-BHH

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☒ Lump sum payment of  100.00 special assessment and restitution in the amount of $1,301,917.31, due immediately.

    ☐ not later than _____, or

    ☒ in accordance with  ☒ C,  ☐ D, or  ☐ E, or ☐ F below: or

B  ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below)  or

C  ☒ Payment in minimum monthly installments of  2,000.00  to commence 60 days following the imposition of sentence.

D  ☐ Payment in equal monthly installments of _____ over a period of _____ (*e.g., months or years*), to commence _____ (*e.g., 30 or 60 days*) after release from imprisonment to a term of supervision  or

E  ☐ Payment during the term of supervised release will commence within (*e.g., 30 or 60 days*) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time  or

F  ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

☐  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):
☒  The defendant shall forfeit the defendant's interest in the following property to the United States:

As directed in the Preliminary Order of Forfeiture, filed  August 29, 2024  and the said order is incorporated herein as part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.